RHONE v. RUSSELL et al.    (No. 2236.)

(Court of Civil Appeals of Texas. Texarkana. Feb. 28, 1920. Rehearing Denied April 8, 1920.)

APPEAL AND ERROR ☞65—No JURISDICTION OF APPEAL INVOLVING DAMAGES OF $80 AND INTEREST.

The appellate court has no jurisdiction of an appeal from the county court in a suit originating in justice court for $80 damages and interest; interest being recoverable only for detention of money, and not as a distinct element of damages.

Appeal from Wood County Court; R. E. Bozman, Judge.

Action between W. M. Rhone and Hardee Russell and others. From an adverse judgment, the former appeals. Appeal dismissed.

H. L. Wilkinson, of Winnsboro, for appellant.

W. D. Suiter, of Winnsboro, for appellees.

LEVY, J. In the justice court the plaintiff sued for $50 with 6 per cent. interest from December 1, 1913. On appeal to the

county court the plaintiff amended the petition so as to raise the amount in controversy to $80, with 6 per cent. interest from December 1, 1913. This court, we conclude, has no jurisdiction of the appeal in any view of the case. We think it is purely a suit for damages, and the interest is recoverable only for detention of money, and not as a distinct element of damages. It is not a conversion suit, and cannot legally be made one.

The appeal is dismissed.